

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 9 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Christopher Fagon DEFENDANT(S). | CASE NUMBER CR14-00648-CAS-12  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **Defendant**, IT IS ORDERED that a detention hearing is set for **Monday, July 6**, **2015**, at **1:00** ☐ a.m. / ☑ p.m. before the Honorable **Margaret A. Nagle**, in Courtroom **580**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: **6/29/15**

**Margaret A. Nagle**
U.S. ~~District Judge~~/Magistrate Judge